IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 16-CR-30122-01-MJR |
| CHARLES CHRISTOPHER THIRDKILL, | ) ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT & RECOMMENDATION AND ACCEPTING DEFENDANT'S GUILTY PLEA

**REAGAN, Chief Judge:**

On September 20, 2017, the parties appeared before the Honorable Donald G. Wilkerson, United States Magistrate Judge. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Charles Christopher Thirdkill entered a plea of guilty to the two-count indictment. Magistrate Judge Wilkerson filed a Report & Recommendation (Doc. 86) that recommended that the undersigned accept the guilty plea and notified the parties that any objections to his Report and Recommendation were due on or before October 10, 2017.

That deadline has come and gone with no objection from either party. Accordingly the Court **ADOPTS** in its entirety the Report & Recommendation, **ACCEPTS** Defendant Thirdkill's guilty plea, and **ADJUDGES** him guilty of the offense set forth therein. The Court **DIRECTS** that a presentence investigation report be

1

prepared by the United States Probation Office, and **CONFIRMS** that sentencing remains set for January 5, 2018, at 11:00 a.m.

**IT IS SO ORDERED**.

DATED: October 12, 2017

*s/ Michael J. Reagan*
MICHAEL J. REAGAN
**Chief Judge**
**United States District Court**
